39 So.3d 1274 (2010)
Marcel HAY, Appellant,
v.
STATE of Florida, Appellee.
No. 1D09-1726.
District Court of Appeal of Florida, First District.
July 22, 2010.
Nancy A. Daniels, Public Defender, and Carl S. McGinnes, Assistant Public Defender, Tallahassee, for Appellant.
Bill McCollum, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. See Jennings v. State, 718 So.2d 144 (Fla.1998).
WOLF, CLARK, and ROWE, JJ., concur.